UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 1:05-cr-00069-JPH-MJD |
| GEORGE MUSIC, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Tim A. Baker's Report and Recommendation and all findings therein, dkt. [18]. The Court now **ORDERS** that George Music's supervised release is therefore **REVOKED**, dkt. [13], and Mr. Music is sentenced to the custody of the Attorney General or his designee for imprisonment of 12 months and one day with no supervised release to follow. The Court recommends placement at FCI Milan.

**SO ORDERED.**

Date: 11/27/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal

1